# Guldmann™

Augusta VA Medical Center  
1 Freedom Way  
Augusta, GA 30904-6285 USA  
USA  
USA

Guldmann Inc.  
5525 Johns Road, Suite 905  
Tampa, FL 33634 - USA  
USA  
Tel. No. 813 880 0619  
Fax    813 880 9558  
Info@guldmann.net  
www.guldmann.com

Com. Reg. No.   58-2360050

Due date   08-15-2009

**Delivery Address**  
Augusta VA Medical Center  
800 Bailie Drive  
Augusta, GA 30901  
USA

Order No.   **371672**   Date   07-16-2009  
Your Ref.   509-P96083

Our Ref.   Ashley Martin / James McElroy

Page 1

**INVOICE**   No.   **35558**

| Cust. No. | 7068233930 | Delivery Date | 07-13-2009 | | | | |
|---|---|---|---|---|---|---|---|
| Item No. | HMI No. | Item Description | | Qty. | Price per unit | VAT% | Line amount |
| 28364 | | Uni-D Hi Back M/L - 550 lbs. | | 4.00 | 157.61 | | 630.44 |
| 28365 | | Uni-D Hi Back, L/XL, 550 lbs. | | 4.00 | 157.22 | | 628.88 |

*************************************  
Thank you for your order!  
Please do not pay this invoice.  
Prepaid by credit card.  
Attn: Cynthia Henley  
Room 1B109 Downtown  
FedEx 2 DAY!

| Net Amount | 1,259.32 | Freight | 0.00 | | 0.00 |
|---|---|---|---|---|---|
| | | | | $ | 1,259.32 |

GIP 0069922

GIP 0000774

# Guldmann™

St Louis VA
PO Box 149971
Austin, TX 78714-9971
USA

Guldmann Inc.  Com. Reg. No.  58-2360050
14401 McCormick Dr. - Suite A
Tampa, FL 33626 - USA
USA
Tel. No. 813 880 0619
Fax    813 880 9556
Info@guldmann.net
www.guldmann.com   Due date   02-16-2014

**Order No.** 541019  Date  01-17-2014
Your Ref   657-P43702
Our Ref.   Nancy McCain / Anthony Bieker

**Delivery Address**

St Louis VA (P43702)
915 N Grand Blvd
St Louis, MO 63106

Page 1                                                                 **INVOICE  No.    54819**

| Re. | Cust No. | ST LOUIS | Delivery Date | 01-16-2014 | | | | |
|---|---|---|---|---|---|---|---|---|
| Item No. | HMI No. | Item Description | | Qty. | Price per unit | Discount (%) | SUT% | Line amount |
| 283681 | | Disposable High II, size XL/XXL Box of 10 slings | | 3.00 | 609.00 | -52.00 | | 876.96 |
| 284655 | | Disposable repositioning Cynthia Carter 314-289-7662 | | 3.00 | 1,000.00 | -52.00 | | 1,440.00 |

FOR PAYMENT PLEASE REMIT TO:
American customers 14401 McCormick Dr., Suite A
Tampa, FL 33626 - USA
Canadian customers 155-99 Scurfield Blvd., Winnipeg
Manitoba R3Y 1Y1 - Canada

| Net Amount | 2,316.96 | Freight | 0.00 | | 0.00 |
|---|---|---|---|---|---|
| | | | | $ | 2,316.96 |

# Guldmann™

St Louis VA
PO Box 149971
Austin, TX 78714-9971
USA

Guldmann Inc.  Com. Reg. No.  58-2360050
14401 McCormick Dr - Suite A
Tampa, FL 33626 - USA
USA
Tel. No. 813 880 0619
Fax    813 880 9558
Info@guldmann.net
www.guldmann.com

Due date  **12-21-2013**

**Delivery Address**

St Louis VA (P41907)
915 N Grand Blvd
St Louis, MO 63106

**Order No.** 535808  Date  11-21-2013
Your Ref.  657-P41907
Our Ref.  Nancy McCain / Anthony Bieker

| Page 1 | | | | | | | **INVOICE** **No.** | **54231** |
|---|---|---|---|---|---|---|---|---|
| Re. | | Cust No. | ST LOUIS | Delivery Date | 11-19-2013 | | | |
| Item No. | | HMI No | Item Description | | Qty. | Price per unit | Discount (%) | SUT%  Line amount |
| 284655 | | | Disposable repositioning | | 2.00 | 1,000.00 | -52.00 | 960.00 |
| | | | *Attn: Cynthia Carter* | | | | | |
| | | | *314-289-7922* | | | | | |

FOR PAYMENT PLEASE REMIT TO:
American customers 14401 McCormick Dr., Suite A
Tampa, FL 33626 - USA
Canadian customers 155-99 Scurfield Bldv., Winnipeg
Manitoba R3Y 1Y1 - Canada

| | | | | | 0 00 |
|---|---|---|---|---|---|
| Net Amount | 960.00 | Freight | 0.00 | | |
| | | | | $ | 960.00 |

GIP 0000823

# Guldmann™

St Louis VA
PO Box 149971
Austin, TX 78714-9971
USA

Guldmann Inc.  Com. Reg. No.  58-2360050
14401 McCormick Dr. - Suite A
Tampa, FL 33626 - USA
USA
Tel. No. 813 880 0619
Fax    813 880 9558
Info@guldmann.net
www.guldmann.com

Due date       **11-08-2013**

**Order No.  531176**    Date   10-09-2013
Your Ref.   657-P40334
Our Ref.    Nancy McCain / Anthony Bieker

Delivery Address

St Louis VA (P40334)
915 N Grand Blvd
St Louis, MO 63106

Page 1                                                            INVOICE  No.    **53660**

| Re. | Cust. No. | ST LOUIS | Delivery Date | 10-08-2013 | | | | |
|---|---|---|---|---|---|---|---|---|
| Item No. | HMI No. | Item Description | | Qty. | Price per unit | Discount (%) | SUT% | Line amount |
| 283661 | | Disposable High II, size M/L<br>Box of 10 slings | | 1.00 | 530.00 | -52.00 | | 254.40 |
| 283671 | | Disposable High II, size L/XL<br>Box of 10 slings | | 3.00 | 560.00 | -52.00 | | 806.40 |
| 284655 | | Disposable repositioning<br>Cynthia Carter<br>314-289-7682<br>Purchase Card Order | | 1.00 | 1,000.00 | -52.00 | | 480.00 |
| 283681 | | Disposable High II, size XL/XXL<br>Box of 10 slings | | 2.00 | 609.00 | -52.00 | | 584.64 |

# Guldmann™

GIP 0014539

Jerry L Pettis VA
P.O. Box 149971
Austin, TX 78714
usa
USA

Guldmann Inc.　　　　　　Com. Reg. No.　　58-2360050
14401 McCormick Dr. Suite A
Tampa, FL 33626 - USA
USA
Tel. No. 813 880 0619
Fax　　813 880 9558
Info@guldmann.net
www.guldmann.com
　　　　　　　　　　　　Due date　　　　02-14-2013

Order No.　502374　Date　01-15-2013
Your Ref.　605-A30021
Our Ref.　Nancy McCain / Teresa Downs

Delivery Address

Jerry L Pettis VA (A30021)
11201 Benton Street
Loma Linda, CA 92357
ca

| Page 1 | | | | | INVOICE | No. | 50012 |
|---|---|---|---|---|---|---|---|
| Re. | Cust. No. | LOMA LINDA | Delivery Date | 01-10-2013 | | | |
| Item No. | HMI No. | Item Description | Qty. | Price per unit | Discount (%) | SUT% | Line amount |
| 284655 | | Disposable repositioning | 100.00 | 1,000.00 | -52.00 | | 48,000.00 |

*FOR PAYMENT PLEASE REMIT TO:*
*American customers 14401 McCormick Dr., Suite A*
*Tampa, FL 33626 - USA*
*Canadian customers 155-99 Scurfield Bldv., Winnipeg*
*Manitoba R3Y 1Y1 - Canada*

| Net Amount | 48,000.00 | Freight | 0.00 | | 0.00 |
|---|---|---|---|---|---|
| | | | | $ | 48,000.00 |

GIP 0014808

# Guldmann™

Jerry L Pettis VA
P.O. Box 149971
Austin, TX 78714
usa
USA

Guldmann Inc.
5525 Johns Road, Suite 905
Tampa, FL 33634 - USA
USA
Tel. No. 813 880 0619
Fax    813 880 9558
Info@guldmann.net
www.guldmann.com

Com. Reg. No.    58-2360050

Due date    06-06-2012

Order No.    475537    Date    05-07-2012
Your Ref.    605-A20127
Our Ref.    Nancy McCain / Teresa Downs

Delivery Address

VA Loma Linda Warehouse
11201 Benton St
Loma Linda, CA 92357
ca

| Page 1 | | | | | | | INVOICE | No. | 46698 |
|---|---|---|---|---|---|---|---|---|---|
| Re. | | Cust. No. | LOMA LINDA | Delivery Date | 05-02-2012 | | | | |
| Item No. | | HMI No. | Item Description | | Qty. | Price per unit | Discount (%) | SUT% | Line amount |
| 284655 | | | Disposable repositioning | | 60.00 | 1,000.00 | -52.00 | | 28,800.00 |
| | | | Deliver on or before 5/10/12 | | | | | | |
| | | | 605-A20127 | | | | | | |

*Thank you for your order!*

| Net Amount | 28,800.00 | | Freight | 0.00 | | | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | | | | $ | 28,800.00 |

# Guldmann™

GIP 0034423

VA Dallas

Guldmann Inc.  
5525 Johns Road, Suite 905  
Tampa, FL 33634 - USA  
USA  
Tel. No 813 880 0619  
Fax    813 880 9558  
Info@guldmann.net  
www.guldmann.com  

Com. Reg. No  58-2360050  
Bank name     NationsBank-Atlanta GA  
Bank Account  3261195533  

Due date       18-01-2009

**Delivery Address**

Dallas VA Medical Center  
4500 S Lancaster RD  
Dallas, TX 75216

**Order No.** 351346   Date  19-12-2008  
Your Ref.    549 8A5070

Our Ref.     Ashley Martin / Anders Drechsler

| Page 1 | | | | INVOICE | | | | No. | 33584 |
|---|---|---|---|---|---|---|---|---|---|
| Re. | | Cust. No. DALLAS | | Delivery Date | 12/12/2008 | | | | |
| | | Vat No. | | | | | | | |
| Item No. | Serial number | HMI No. | Item Description | | Qty. | Price per unit | Discount (%) | Discount (amount) | Line amount |
| 284655 | | | Disposable repositioning Box 10 ****************************** Thank you for your order! Attn: Supply, process, distribution 90E Rm BA200 Please ship immediatly David Eubanks 214-857-0047 | | 4,00 | 998,00 | -52,00 | | 1.916,16 |

Net Amount    1.916,16            Freight    0,00                              0,00

$    1.916,16

# Guldmann™

Credit Card Purchase  
USA  
USA

Guldmann Inc  
5525 Johns Road, Suite 905  
Tampa FL 33634 - USA  
USA  
Tel No 813 880 0619  
Fax     813 880 9558  
info@guldmann.net  
www.guldmann.com

Com Reg No  
Bank name  
Bank Account

58-2360050  
NationsBank-Atlanta GA  
3261195533

Due date     30-09-2008

Delivery Address  
VA Tennesse Valley Healthcare  
3400 Lebanon Park-Warehouse Bu  
Munfreesboro, TN 37129  
USA

Order No.     342840          Date   30-09-2008  
Your Ref      KGAKFV8556K

Our Ref       Ashley Martin / Anders Drechsler

| Page 1 | | | | **INVOICE** | | | **No.** | **32762** |
|---|---|---|---|---|---|---|---|---|
| Re | | Cust No 300400500 Vat No | | Delivery Date | 9/25/2008 | | | |
| Item No | Serial number | HMI No | Item Description | | | Qty | Price per unit | Line amount |
| 28364 | | | Uni-D Hi Back M/L - 550 lbs | | | 2,00 | 157,22 | 314,44 |
| 28365 | | | Uni-D Hi Back, L/XL, 550 lbs  **************************  Thank you for your order!  Attn  Craig Mooneyham  615 225 2570  Please do not pay this  invoice  Pre-paid by credit card | | | 2,00 | 157,22 | 314,44 |

Net Amount     628,88                    Freight     0,00                                           0,00

$     628,88

GIP 0134754

# Guldmann™

Credit Card Purchase
USA
USA

Guldmann Inc　　　　　　　　Com Reg No　　58-2360050
5525 Johns Road, Suite 905　Bank name　　　NationsBank-Atlanta GA
Tampa, FL 33634 - USA　　　Bank Account　 3261195533
USA
Tel No 813 880 0619
Fax　  813 880 9558
Info@guldmann.net
www.guldmann.com

　　　　　　　　　　　　　　　Due date　　　　25-09-2008

Delivery Address　　　　　　　 Order No.　　342200　　Date　25-09-2008

Biloxi VA Medical Center　　　Your Ref　　  520P84092
400 Veterans Ave
Biloxi, MS 39531　　　　　　　 Our Ref　　   Ashley Martin / Anders Drechsler
USA

| Page 1 | | | | | **INVOICE** | | **No.** | **32687** |
|---|---|---|---|---|---|---|---|---|
| Re | | Cust No　300400500 Vat No | | Delivery Date | 9/19/2008 | | | |
| Item No | Serial number | HMI No | Item Description | | | Qty | Price per unit | Line amount |
| 28364 | | | Uni-D Hi Back M/L - 550 lbs *********************** Thank you for your order! Please do not pay this invoice Pre-paid by credit card | | | 2,00 | 157,61 | 315,22 |

Net Amount　　315,22　　　　　　　　　　　Freight　　0,00　　　　　　　　　　　　　　　0,00

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 $　　315,22