# Guldmann™

University Health Care
PO Box 2790
Salt Lake City, UT 84110-2790

Guldmann Inc.
5525 John Road , Suite 905
Tampa, FL 33634 - USA
USA
Tel. No. 813 880 0619
Fax     813 880 9558
Info@guldmann.net
www.guldmann.com

Com. Reg. No.    58-2360050

**Due date**    06-28-2009

Delivery Address

University Health Care
PO Box 2790
Salt Lake City, UT 84110-2790

**Order No.**  366988   Date  05-29-2009
Your Ref.  530315-0-CAP

Our Ref.   Matria Homer /M ike Cutler

| Page 1 | | | | **INVOICE** | | | | **No.** | | **35145** |
|---|---|---|---|---|---|---|---|---|---|---|
| | Cust. No. | HMI No. | UNI UTAH | Delivery Date | | | | | | |
| | Serial number | | | 05-28-2009 | | | | | | |
| Item No. | Serial number | | Item Description | | Qty. | Price per unit | Discount (%) | VAT% | Line amount | |
| 120001-2023 | | | GH2 with snap hook, incl. transformer | | 4.00 | 3,780.00 | -70.00 | | 4,536.00 | |
| 21187 | | | Hanger for DH2000 swing | | 4.00 | 307.65 | -70.00 | | 369.18 | |
| 12223 | | | Midi rail, 3 metres | | 12.00 | 407.40 | -70.00 | | 1,466.64 | |
| 12224 | | | Midi rail, 4 metres | | 10.00 | 541.60 | -70.00 | | 1,624.80 | |
| 124425 | | | Cover plate for midi rail | | 24.00 | 3.70 | -70.00 | | 26.64 | |
| 12277-3 | | | Charging liners for 3-metre Midi rail | | 3.00 | 175.35 | -70.00 | | 157.82 | |
| 12277-4 | | | Charging liners for 4-metre Mici rail | | 7.00 | 196.35 | -70.00 | | 412.34 | |
| 12277-6 | | | Charging liners for 6-metre Midi rail | | 2.00 | 294.00 | -70.00 | | 176.40 | |
| 12354 | | | Traverse travelling trolley,ro cm-cov. system, f. mini-midi-maxi-jumbo rail | | 8.00 | 266.70 | -70.00 | | 640.08 | |
| 12384 | | | Chrg. Kit / Rm Covg. system w/midi rai | | 6.00 | 133.35 | -70.00 | | 240.03 | |
| 12427 | | | GH extended ceiling bracket | | 28.008 | 6.00 | -70.00 | | 722.40 | |
| 12457 | | | GH Skinnebeslag - stabilisering | | 36.007 | 5.00 | -70.00 | | 810.00 | |
| 12435-2000 | | | 2M Profile | | 64.007 | 5.00 | -70.00 | | 1,440.00 | |

GIP 0059543

# Guldmann™

**INVOICE**  **No.**  **35145**

| | Cust. No. | UNI UTAH | Delivery Date | | | | | |
|---|---|---|---|---|---|---|---|---|
| Serial number | HMI No. | | | 05-28-2009 | | | | |

| Item No. | Item Description | Qty. | Price per unit | Discount (%) | VAT% | Line amount |
|---|---|---|---|---|---|---|
| 12330 | End stop | 28.002 | 3.10 | -70.00 | | 194.04 |
| 12376 | GH plastic rosette, white | 28.00 | 2.10 | -70.00 | | 17.64 |
| 99999 | Returvare /R eturn goods /Rü cksendung | 1.00 | 55.99 | | | 55.99 |

| Net Amount | | Freight | |
|---|---|---|---|
| 12,890.00 | | 0.00 | 0.00 |
| | | $ | 12,890.00 |