Exempla Hospital
8300 W 38th Ave  A/P
Wheat Ridge, CO  80033

Guldmann Inc
5525 Johns Road., Suite 905
Tampa, FL 33634 - USA
USA
Tel No  813 880 0619
Fax     813 880 9558
info@guldmann.net
www.guldmann.com

Com. Reg. No      58-2360050
Bank name         NationsBank-Atlanta GA
Bank Account      3261195533

# Guldmann™

Delivery Address
Exempla Hospital
8300 W 38th Ave  A/P
Wheat Ridge, CO  80033

Order No.   342041        Date    19-09-2008
Your Ref.   C416567;C419820
Our Ref     Matria Homer / Anders Drechsler

## INVOICE                No.    32633

Due date    19-10-2008

| Page 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Re. | Cust. No. EXEMPLA<br>Vat No | | | | | | |
| Item No. | Serial number | HMI No. | Item Description | Delivery Date | Qty. | Price per unit | Discount (%) | Discount (amount) | Line amount |

| Item No. | Item Description | Delivery Date | Qty. | Price per unit | Discount (%) | Line amount |
|---|---|---|---|---|---|---|
| 120001-2023 | GH2 with snap hook, incl. transformer | | 23.00 | 3,780.00 | -52.50 | 41,296.50 |
| 120001-6023 | GH2 HD Twin ceiling hoist AC - 1000 lb w. snap hookw. snap hook | 9/18/2008 | 1.00 | 5,550.00 | -51.00 | 2,719.50 |
| 120866 | Cross hanger and connector bar | | 1.00 | 2,950.00 | -51.00 | 1,445.50 |
| 21187 | Hanger for DH2000 swing | | 18.00 | 307.65 | -51.00 | 2,713.47 |
| 12223 | Midi rail, 3 metres | | 107.00 | 407.40 | -51.00 | 21,359.98 |
| 124425 | Cover plate for midi rail | | 48.00 | 3.70 | -51.00 | 87.02 |
| 12277-3 | Charging liners for 3-metre Midi rail | | 66.00 | 175.35 | -51.00 | 5,670.82 |
| 12354 | Traverse travelling trolley, room-cov. system, f. mini-midi-maxi-jumbo rail | | 48.00 | 266.70 | -51.00 | 6,272.78 |
| 123540 | Trolley for DH 4000 HD<br>GH bracket for rail joint incl pins | | 2.00 | 612.15 | -51.00 | 599.91 |

Transferred to page 2

GIP 0050471

# Guldmann

## INVOICE No. 32633

Page 2

| Re. | | | Delivery Date | 9/18/2008 | | | |
|---|---|---|---|---|---|---|---|
| Cust. No. | EXEMPLA | | | | | | |
| Vat No | | | | | | | |

| Item No. | Serial number | HMI No. | Item Description | Qty. | Price per unit | Discount (%) | Discount (amount) | Line amount |
|---|---|---|---|---|---|---|---|---|
| 12384 | | | Chrg. Kit / Rm Covg. system w/midi rai | 23.00 | 133.35 | -51.00 | | 1,502.85 |
| 12427 | | | GH extended ceiling bracket | 93.00 | 86.00 | -51.00 | | 3,919.02 |
| 12330 | | | End stop | 150.00 | 23.10 | -51.00 | | 1,697.85 |
| 12376 | | | GH plastic rosette, white | 100.00 | 2.10 | | | 102.90 |
| 99999 | | | Returvare / Return goods / Rücksendung PO# C416567 and C419820 | -1.00 | 48.10 | | | -48.10 |

| Net Amount | 89,340.00 | Freight | 0.00 | $ | 89,340.00 |
|---|---|---|---|---|---|

GIP 0050472