# Guldmann™

University of Penn
3400 Spruce St
Philidelphia, PA 19104

Guldmann inc.
5505 Johns Road, Suite 700
Tampa, FL 33634 - USA

Tel. No. 800 664 8834
Fax 813 880 9558

www.guldmann.com

Bank name: Danske Bank
Bank Account: 1594-6724698

Delivery Address
University of Penn
3400 Spruce St
Philidelphia, PA 19104

Order No. 338109
Your Ref. 1239360CAPP
Our Ref. Matria Homer / Mike Cutler

Payment Terms: -Net + 30 days
Due date: 11-09-2008
Date: 12-08-2008

## ORDER CONFIRMATION

Page 1

| Re. | Cust. No. UNI PENN Vat No. | | Delivery Date 8/12/2008 | Delivery Terms | Ex. Works | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Item No. | Serial number | HMI No. | Item Description | | Qty. | Price per unit | Discount (%) | Discount (amount) | Line amount |
| 120001-2023 | | | GH2 with snap hook, incl. transformer | | 18,00 | 3.780,00 | -51,30 | | 33.135,48 |
| 21187 | | | Hanger for DH2000 swing | | 18,00 | 307,65 | -52,00 | | 2.658,10 |
| 12224 | | | Midi rail, 4 metres | | 54,00 | 541,60 | -52,00 | | 14.038,27 |
| 12277-4 | | | Charging liners for 4-metre Midi rail | | 36,00 | 196,35 | -52,00 | | 3.392,93 |
| 12354 | | | Traverse travelling trolley, room-cov. system, f. mini-midi-maxi-jumbo rails | | 36,00 | 266,70 | -52,00 | | 4.608,58 |
| 12384 | | | Chrg. Kit / Rm Covg. system w/midi rail | | 18,00 | 133,35 | -52,00 | | 1.152,14 |
| 12427 | | | GH extended ceiling bracket for straight rail and curve, excl. alu pipe | | 72,00 | 86,00 | -52,00 | | 2.972,16 |
| 12330 | | | End stop | | 108,00 | 23,10 | -52,00 | | 1.197,50 |
| 12376 | | | GH plastic rosette, white | | 72,00 | 2,10 | -52,00 | | 72,58 |

Transferred to page 2

Handwritten annotations:
- 1992-08, 1993-, 1994-, 1995-, 1981-, 1982, 1983, 1984, 1985
- 1997-08, 1998-, 1999-, 3000-, 1986-, 1987-, 1988-, 1989-, 1990-
- 21187 - 05897-08, 05898, 05408, 05907, 05822, 05825, 04322, 04323, 04321
- 04324-08, 04325, 04326, 04358, 04357, 04352, 04351, 04354, 04353
- PANALPINA 100721 3 Pallets 3,396# 8-19-08 NO
- 120001 - 2023 GH2 HD-

GIP 0060116

|  | Pcs | W | L | H |
|---|---|---|---|---|
| $P_1 = 1,032$ # | 19 | 32 | 48 | 56 |
| $P_2 = 1,224$ | 32 | 32 | 168 | 21 |
| $P_3 = 1,140$ | 30 | 32 | 168 | 17 |

GIP 0060117

# Guldmann

## ORDER CONFIRMATION

Re.

| Cust. No. | UNI PENN | Delivery Date | 8/12/2008 | Delivery Terms | Ex. Works |
|---|---|---|---|---|---|
| Vat No. | | | | | |

| Item No. | Serial number | HMI No. | Item Description | Qty. | Price per unit | Discount (%) | Discount (amount) | Line amount |
|---|---|---|---|---|---|---|---|---|
| 124425 | | | Cover plate for midi rail | 72,00 | 3,70 | -52,00 | | 127,87 |
| 12435-2000 | | | 2M Profile | 72,00 | 75,00 | -52,00 | | 2.592,00 |
| 912957 | | | Montage eksterne håndt. USA | 18,00 | 1.000,00 | | | 18.000,00 |
| 99999 | | | Adjustment | -1,00 | 13,61 | | | -13,61 |

Net Amount  83.934,00           Freight  0,00                            0,00

USD  83.934,00

GIP 0060118